UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

BARRY SEAGRAVE, )
)
Plaintiff, )
vs. )  1:05-cv-890-DFH-VSS
)
UNITED STATES OF AMERICA, )
)
Defendant. )

### Entry Discussing Plaintiff's Motion for Summary Judgment

"[A] party seeking summary judgment always bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of 'the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any,' which it believes demonstrate the absence of a genuine issue of material fact." *Celotex Corp. v. Catrett,* 477 U.S. 317, 323 (1986).

The plaintiff's motion for summary judgment filed on November 29, 2005, rests on the asserted failure of the Internal Revenue Service "to defend their [sic] case, and the plaintiff has clearly proven the Internal Revenue Service was wrong in garnishing his wages." The motion for summary judgment does not cite any portion of the pleadings, does not recite or rely on evidentiary matters and does not rely on any principles of law applied to the facts of this case, whatever those facts may be. The plaintiff's motion for summary judgment is therefore **denied.**

So ordered.

*David F. Hamilton*

DAVID F. HAMILTON, Judge
United States District Court

Date: 12/8/2005

Copies to:

Barry Seagrave
2516 South 900 East
Greentown, IN   46936

Heather Lee Richtarcsik
U.S. DEPARTMENT OF JUSTICE - TAX DIVISION
heather.l.richtarcsik@usdoj.gov